James W. LIVINGSTON, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2007–3223.

United States Court of Appeals, Federal Circuit.

May 22, 2007.

James W. Livingston, pro se.

**ORDER**

The appeal having been docketed in error, it is

ORDERED that the appeal is DISMISSED.

Henry D. JOHNSON, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7165.

United States Court of Appeals, Federal Circuit.

May 22, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).